MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Byron Rivera, individually and on behalf of all
persons similarly situated,

                          Plaintiff,

              -against-

Restaurant Zero Otto Nove III, LLC, Roberto
Paciullo, Tony ("LNU").

                        Defendants.
-----------------------------------------------------------X

7: 17-CV-05638 (CS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2018

## STIPULATION AND ORDER OF DISMISSAL
## OF CLAIMS WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiff against Defendants in this action alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") and the New York Labor Law ("NYLL"), and have authorized their undersigned counsel to stipulate, consent, and agree to dismiss all claims in the instant action with prejudice to Plaintiff. The terms of the Parties' Negotiated Settlement Agreement have been reviewed and approved by the Court. No attorneys' fees or costs will be awarded to any party by the Court, except as provided therein.

- *THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK* -

*Attorneys for Plaintiff*

EL-HAG & ASSOCIATES, P.C.

777 Westchester Ave., Suite 101
New York, N.Y. 10604
Tele. (914) 218-6190

By: _____
Jordan El-Hag

Dated: 2/24/18

*Defendants:*

By: _____
Restaurant Zero Otto Nove III, LLC

By: _____
Roberto Paciullo

By: _____
Fation Dollma

The Court hereby approves the settlement of all of the FLSA and New York Labor Law claims [as fair & reasonable and dismisses all claims in this action] in this action, with prejudice.

SO ORDERED this 26th day of February, 2018

_____
Hon. Cathy Seibel
United States District Judge

10